UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FERNANDO S. RAMIREZ, individually and dba El Dorado Bar, <br><br> Defendant. | CASE NO. CV-03-5852 HLH (PJWx) <br><br> RENEWAL OF DEFAULT JUDGMENT <br><br> BY CLERK |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing, therefore,

The judgment to and against Defendant FERNANDO S. RAMIREZ, individually and dba El Dorado Bar, [copy attached] is hereby renewed in the amounts as set forth below:

Renewal of money judgment

```
    a. Total judgment                            $27,842.00
    b. Costs after judgment                      $   -0-
    c. Attorneys fees:                           $   -0-
    d. Subtotal (add a and b)                    $27,842.00
    e. Credits after judgment                    $   -0-
    f. Subtotal (subtract d from c)              $27,842.00
    g. Interest after judgment                   $ 3,347.47
```

RENEWAL OF JUDGMENT - CASE NO. CV-03-5852 HLH (PJWx)                                   1

    h. Fee for filing renewal application      $ -0-
    i. **Total renewed judgment** *(add e. 5, and g)*      $31,189.47

DATED: 2/16/12      CLERK, by Lori Muraoka,
     Deputy Clerk, U.S. District Court

RENEWAL OF JUDGMENT - CASE NO. CV-03-5852 HLH (PJWx)